IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

           Plaintiff,

      v.    CR NO: 2:24-cr-0203-JAM

**FRANCISCO TAMAYO-GASTELUM,**

           Defendant.

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum     ☐ Ad Testificandum

Name of Detainee: Francisco Tamayo-Gastelum
Detained at: Northern Kern State Prison
Detainee is:
  a.) ☒ charged in this district by: ☒ Indictment  ☐ Information  ☐ Complaint
      charging detainee with: 8 U.S.C. § 1326(a) Deported Alien Found in the U.S.
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
  a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: */s/ Nicole Moody*
Printed Name & Phone No: Nicole Moody (916) 396-2579
Attorney of Record for: United States of America

**WRIT OF HABEAS CORPUS**
☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: October 23, 2024

/s/ Carolyn K. Delaney
Honorable Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | BY7343 | DOB: | 08/18/1994 |
| Facility Address: | 2737 West Cecil Avenue, Delano, CA | Race: | |
| Facility Phone: | (661) 721-2345 | FBI#: | 738918ND0 |
| Currently | | | |

**RETURN OF SERVICE**

Executed on: _____    _____
                                          (signature)