HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Tamayo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00203-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME** |
| vs. | Date: January 7, 2025 |
| FRANCISCO TAMAYO-GASTELUM, | Time: 9:00 a.m. |
| | Judge: Hon. John A. Mendez |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Nicole Moody, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Francisco Tamayo-Gastelum, that the previously scheduled Status Hearing set for January 7, 2025, be continued to **March 11, 2025, at 9:00 a.m.**

The parties specifically stipulate as follows:

1. By previous order, the Status Hearing is currently scheduled for January 7, 2025, at 9:00 a.m. Time has been ordered excluded through that date.

2. **Mr. Tamayo respectfully requests that the Court continue the Status Hearing to March 11, 2025, at 9:00 a.m.**

3. The government has produced 560 pages discovery. Mr. Tamayo requires additional time to review the discovery; investigate and research possible

defenses; research potential pretrial motions; explore potential resolutions to the case; and otherwise prepare for trial.

4. Mr. Tamayo believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to Mr. Tamayo's motion.

6. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between January 7, 2025 and March 11, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Tamayo in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 17, 2024

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Tamayo

Date: December 17, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Nicole Moody*
NICOLE MOODY
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: December 17, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE