HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Tamayo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>FRANCISCO TAMAYO-GASTELUM,<br><br>  Defendant. | Case No. 2:24-cr-00203-JAM<br><br>**THIRD STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, EXCLUDE TIME, AND SET A BRIEFING SCHEDULE**<br><br>Date: April 8, 2025<br>Time: 9:00 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Special Assistant United States Attorney Nicole Moody, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Francisco Tamayo-Gastelum, that the previously scheduled Status Hearing set for April 8, 2025 be continued to June 17, 2025 at 9:00 a.m. and to set a briefing schedule.

The parties specifically stipulate as follows:

1. By previous order, the Status Hearing is currently scheduled for April 8, 2025 at 9:00 a.m. Time has been ordered excluded through that date.

2. Mr. Tamayo respectfully requests that the Court continue the Status Hearing to June 17, 2025 at 9:00 a.m.

3. The government has produced 590 pages of discovery.

4. Mr. Tamayo requests a continuance of the status hearing so that he may have sufficient time to file motions. He is exploring the possibility of filing a motion to dismiss pursuant to 8 U.S.C. § 1326(d). The parties have conferred and agreed upon a briefing scheduled as detailed below.

5. Mr. Tamayo believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to Mr. Tamayo's request.

7. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between April 8, 2025 and June 17, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Tamayo in a speedy trial.

8. The parties stipulate to the following briefing schedule.

| | |
|---|---|
| Motions Due | May 27, 2025 |
| Oppositions Due | June 3, 2025 |
| Replies Due | June 9, 2025 |
| Motion Hearing (if required) /Status | June 17, 2025 at 9:00 a.m. |

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: April 1, 2025 | */s/ Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Mr. Tamayo |
| Date: April 1, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>*/s/ Nicole Moody*<br>NICOLE MOODY<br>Special Assistant United States Attorney<br>Attorneys for Plaintiff |

# **O R D E R**

The April 08, 2025 Status Conference is **VACATED** and **RESET** for **June 17, 2025 at 09:00 a.m.**, to be heard with Defendant's forthcoming motions/motion to dismiss.

The briefing schedule on the forthcoming motions/motion to dismiss is as follows: Motions due by **May 27, 2025**.  Oppositions due by **June 03, 2025**.  If any, replies due by **June 06, 2025**.  Motion Hearing (if required)/Status Conference **SET** for **June 17, 2025, at 9:00 a.m.**, in person, in Courtroom 6, on the 14th floor of the Robert T. Matsui U.S. Courthouse, before Senior District Judge John A. Mendez.

Time is **EXCLUDED** through and including June 17, 2025, as described in the parties' Stipulation.

IT IS SO ORDERED.

Dated: April 01, 2025                                         /s/ John A. Mendez
                                                              THE HONORABLE JOHN A. MENDEZ
                                                              SENIOR UNITED STATES DISTRICT JUDGE