HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Tamayo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FRANCISCO TAMAYO-GASTELUM, <br><br> Defendant. | Case No. 2:24-cr-00203-JAM <br><br> **FOURTH STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, RESET BRIEFING SCHEDULE ON DEFNDANT'S FORTHCOMING MOTION, AND EXCLUDE TIME** <br><br> Date: June 17, 2025 <br> Time: 9:00 a.m. <br> Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Special Assistant United States Attorney Nicole Moody, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Francisco Tamayo-Gastelum, that the previously scheduled Status Hearing set for June 17, 2025 be continued to July 15, 2025 at 9:00 a.m.

//

//

//

//

//

Stipulation and Order to Continue and Exclude Time            -1-            *United States v. Tamayo*, 2:24-cr-00203-JAM

1     The parties specifically stipulate as follows:

2     1.   By previous order, the Court set the following briefing schedule and Status

3          Conference date.

| | |
|---|---|
| Motions Due | May 27, 2025 |
| Oppositions Due | June 3, 2025 |
| Replies Due | June 9, 2025 |
| Motion Hearing (if required) /Status | June 17, 2025 at 9:00 a.m. |

2.   Mr. Tamayo is working on drafting a motion to dismiss pursuant to 8 U.S.C. § 1326(d). The motion requires inspection of his immigration file (otherwise known as an A-File). Although the government has produced 590 pages of discovery to date, many of which (if not all) are copies from the A-file, defense counsel recently realized that a copy of the entire A-file may not have been produced. He has coordinated with the government to conduct an A-file viewing on May 28, 2025 to verify.

3.   Mr. Tamayo requests that the briefing schedule and Status Conference date be modified as follows so that he can conduct the A-file viewing and have sufficient time to complete his motion based on that review.

| | |
|---|---|
| Motions Due | **June 10, 2025** |
| Oppositions Due | **June 27, 2025** |
| Replies Due | **July 1, 2025** |
| Motion Hearing (if required) /Status | **July 15, 2025, at 9:00 a.m.** |

4.   Mr. Tamayo believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5.   The government does not object to Mr. Tamayo's request.

6.   For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between June 17, 2025 and July 15,

2025, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Tamayo in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 23, 2025

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Tamayo

Date: May 23, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ Nicole Moody*
NICOLE MOODY
Special Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: May 27, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE